389 A.2d 183

Commonwealth v. Turner, Appellant.

Submitted June 22, 1976. Elaine DeMasse, Assistant Defender, and Benjamin Lerner, Defender, for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 183

Commonwealth v. Turner, Appellant.

Submitted September 8, 1975. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.